AO ___  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

V.

FREDERICK LEE JACKSON

**ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)**

Case Number: 4:94CR00205-01-WRW

USM Number: 18634-009

**Date of Original Judgment:** 4/27/95
**(Or Date of Last Amended Judgment)**

WILLIAM RAY NICKLE
Defendant's Attorney

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.
☒ GRANTED and the defendant's previously imposed sentence of imprisonment of **168** months is reduced to **135 months (TIME SERVED as of 03/03/2008)**

## I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level(Prior to departure /Variance/Rule 35): **36**

Amended Offense Level: **34**

Criminal History Category: **II**

Criminal History Category: **II**

Previous Guideline Range: **168** to **210** months

Amended Guideline Range: **135** to **168** months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.

☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is below the amended guideline range.

☐ Other (Specify):

## III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

Except as provided above, all provisions of the judgment dated 4/27/95 shall remain in effect.
**IT IS SO ORDERED.**

| 02/15/2008 | /s/ Wm. R. Wilson, Jr. |
|---|---|
| Date of Order | Signature of Judge |
| 03/3/2008 | Wm. R. Wilson, Jr., U.S. District Judge |
| Effective Date (if delayed) | Name and Title of Judge |